**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
                                            :
**ALFREDO RIVERA,**                         :     CASE NO.  1:16-cv-07621-RJS
                   **Plaintiff,**           :
     v.                                     :
                                            :
**AFFINECO LLC AND**                        :
**SAMUEL RODRIGUEZ,**                       :
                   **Defendant.**           :
_____      :

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Document No. 7 was served on counsel for Plaintiff, Alfredo Rivera, Matthew S. Porges, Esq., The Law Office of Matthew S. Porges, Esq., 641 President Street, Suite 205, Brooklyn, NY 11215, mspesq@mspesq.com, by operation of the Court's electronic filing system on October 5, 2015, and by email on October 31, 2016.

Dated: Hartford, CT                      **AFFINECO LLC AND**
       October 31, 2016                  **SAMUEL RODRIGUEZ**

                                         By:  /s/ Glenn A. Duhl
                                              Glenn A. Duhl #GD9576
                                              Siegel, O'Connor
                                                   O'Donnell & Beck, P.C.
                                              150 Trumbull Street
                                              Hartford, CT 06103
                                              Tel.: (860) 280-1215
                                              Fax: (860) 527-5131
                                              gduhl@siegeloconnor.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 31, 2016, a copy of the foregoing Certificate of Service was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Glenn A. Duhl
                                                 Glenn A. Duhl #GD9576